# The Senate of The State of Texas



## Senator Eddie Lucio, Jr.

July 26, 2013

Hon. Randy Crane, U.S. Judge
United States District Court -Southern District
1701 West Business Hwy 83, 10th Floor
McAllen, Texas 78501

Dear Judge Crane,

As you deliberate sentencing of Ms. Aida Palacios, I respectfully submit this letter for reference on Ms. Palacios and the character of her family and extended network.

I have known the Palacios family for decades, and I firmly believe Aida's best opportunity for rehabilitation is with the support of her family. The members of the Palacios family are leaders of community, business, government, and civic engagement. They contribute their time and generosity to making the Rio Grande Valley a better place to live, sharing resources and influence for many worthy community endeavors.

I trust your judgment and believe Aida should receive an adequate sentence in accordance with law. Your careful consideration of a mitigated decree of imprisonment that supports strong family involvement and community service may provide as an alternate option to rehabilitating her into a productive and law abiding citizen. Through the support of her parents, children, grandchildren, siblings, and numerous nieces and nephews, I believe that can be achieved.

Should you have any questions, or if I may be of service to you, please do not hesitate to contact me.

Respectfully Yours,

Eddie Lucio, Jr.



P.O. Box 12068 ★ Austin, Texas 78711 ★ (512) 463-0127 ★ Fax (512) 463-0061
P.O. Box 5958 ★ Brownsville, Texas 78523 ★ (956) 548-0227 ★ Fax (956) 548-0440
500 S. Kansas ★ Weslaco, Texas 78596 ★ (956) 968-9927 ★ Fax (956) 447-0583

NOT PRINTED OR MAILED AT STATE EXPENSES

**The Senate of The State of Texas**
STATE SENATOR EDDIE LUCIO, JR.
P.O. Box 12068
Austin, TX 78711

NOT PRINTED OR MAILED AT STATE EXPENSES

7E8C0145174

Hon. Randy Crane, U.S. Judge
United States District Court - Southern District
1701 West Business Hwy 83, 10th Floor
McAllen, Texas 78501

MCALLEN TX 785
05 AUG 2013 PM 2 L

Freedom FOREVER